**548**

STATE of Missouri, Respondent,

v.

Keith VAUGHN, Appellant.

No. WD 51089.

Missouri Court of Appeals,
Western District.

May 28, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 2, 1996.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Asst. Attorney General, Jefferson City, for Respondent.

James C. Dowling, Fulton, for Appellant.

Before LOWENSTEIN, P.J., and
HANNA and SPINDEN, JJ.

***ORDER***

PER CURIAM.

Keith Vaughn appeals convictions of sodomy and burglary in the first degree. Convictions affirmed. Rule 30.25(b).